UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKY DEFILIPPO,<br><br>                    Plaintiff,<br><br>             -v.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>                    Defendants. | 17 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently a jury trial scheduled in this action for November 30, 2020. However, given the ongoing pandemic and representations from the parties, the Court does not believe it prudent to proceed with trial at this time. Accordingly, the Court ADJOURNS the jury trial and its associated deadlines, including the final pretrial conference, *sine die*. The Court ORDERS the parties to submit a joint letter on or before October 23, 2020, with proposed jury trial dates for the second quarter of 2021.

SO ORDERED.

Dated:   October 13, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge