UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROCKY DEFILIPPO, | |
|---|---|
| Plaintiff, | |
| -v.- | 17 Civ. 2789 (KPF) |
| NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC., | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On February 26, 2021, the Court entered an Order advising the parties that pursuant to the centralized trial calendaring system currently in place in the Southern District of New York, this case had been placed as third on the jury trial list for June 16, 2021. (Dkt. #117). Unfortunately, it was confirmed today that the second case on the jury trial list for that date is expected to proceed, and the Court thus is unlikely to have access to either a modified courtroom or a jury panel. As such, the Court regretfully must adjourn the June 16, 2021 trial start-date, and all its accompanying deadlines, *sine die*. The parties are directed to submit a joint letter on or before June 8, 2021, regarding their availability for trial during the fourth quarter of 2021.

SO ORDERED.

Dated: May 25, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge