UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKY DEFILIPPO,<br><br>                          Plaintiff,<br><br>                   -v.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>                          Defendants. | 17 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference regarding the trial schedule in this matter on September 29, 2021, at 6:00 p.m. The dial-in information is as follows: At 6:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 6:00 p.m.

    SO ORDERED.

Dated:   September 29, 2021
         New York, New York

*Katherine Polk Failla*
_____
         KATHERINE POLK FAILLA
         United States District Judge