UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKY DEFILIPPO,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>                    Defendants. | 17 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Earlier today, the Court held a pretrial conference in this matter, during which it addressed and resolved the parties' outstanding motions *in limine*. The Clerk of Court is thus directed to terminate the pending motions at docket entries 119, 130, and 148.

    SO ORDERED.

Dated:  October 5, 2021
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge