UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKY DEFILIPPO,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>                              Defendants. | 17 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this action scheduled to begin October 18, 2021 (*see* Dkt. #145) is hereby ADJOURNED. Trial shall commence on June 21, 2022, at 9:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are ORDERED to appear for a final pretrial conference on June 16, 2022, at 3:00 p.m.

    SO ORDERED.

Dated:   October 22, 2021
         New York, New York

                                              _____
                                                 KATHERINE POLK FAILLA
                                                 United States District Judge