UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKY DEFILIPPO,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>                          Defendants. | 17 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The final pretrial conference scheduled in this matter on June 16, 2022, at 3:00 p.m., will instead take place on **June 16, 2022, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:  May 18, 2022
        New York, New York

*Katherine Polk Failla*
_____
        KATHERINE POLK FAILLA
        United States District Judge