UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCKY DEFILIPPO,

                              Plaintiff,

                  -v.-                                          17 Civ. 2789 (KPF)

NATIONAL RAILROAD PASSENGER                                         **ORDER**
CORPORATION and ABM JANITORIAL
SERVICES NORTHEAST, INC.,

                              Defendants.

---

KATHERINE POLK FAILLA, District Judge:

On June 16, 2022, the parties reported to the Court that this case has
been settled.  Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without
prejudice and without costs; provided, however, that within thirty (30) days of
the date of this Order, the parties may submit to the Court their own
Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise,
within such time Plaintiff may apply by letter for restoration of the action to the
active calendar of this Court in the event that the settlement is not
consummated.  Upon such application for reinstatement, the parties shall
continue to be subject to the Court's jurisdiction, the Court shall promptly
reinstate the action to its active docket, and the parties shall be directed to
appear before the Court, without the necessity of additional process, on a date
within ten (10) days of the application, to schedule remaining pretrial
proceedings and/or dispositive motions, as appropriate.  This Order shall be
deemed a final discontinuance of the action with prejudice in the event that

Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    June 16, 2022
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2